162 A.3d 841

**FOGLE**

v.

**STOUFFER, Warden of the Roxbury Correctional Institution, et al.**

**Pet. Docket No. 30, Sept.Term, 2017**

Court of Appeals of Maryland.

June 21, 2017

Application for leave to appeal denied by the Court of Special Appeals (No. 1728, Sept. Term, 2013).

Petition for writ of certiorari dismissed

∎

162 A.3d 841

**GARCIA–RAMOS, Abraham**

v.

**STATE of Maryland**

**Pet. Docket No. 76, Sept.Term, 2017**

Court of Appeals of Maryland.

June 21, 2017

Opinion of the Court of Special Appeals unreported (No. 762, Sept. Term, 2016).

Petition for writ of certiorari denied